be deemed a disposition, "in the nature of a review," *Salot* v. *State Bar,* 3 Cal. 2d 615, 617 [45 P. 2d 203], and as such a final judgment within the meaning of 28 U. S. C. § 1257?

(3) Assuming the latter, was the determination of the Supreme Court of California based upon a rejection of claims arising under the Fourteenth Amendment of the Constitution of the United States, and more particularly, upon an evaluation of the constitutional significance of the evidence summarized under "1" on page 5 through the top of page 8 of the brief filed by the respondents on December 8, 1955, in opposition to the petition for the writ of certiorari herein?

*Edward Mosk* and *Samuel Rosenwein* for petitioner. *Frank B. Belcher* for respondents.

No. 761.   OLIN MATHIESON CHEMICAL CORP. *v.* WESTERN STATES CUTLERY & MANUFACTURING CO. ET AL.   C. A. 10th Cir.   Certiorari denied.   *John H. Sutherland* and *Philip B. Polster* for petitioner.   *Melvin C. Goss* for respondents.

No. 819.   KNUDSEN CREAMERY CO. OF CALIFORNIA *v.* OOSTEN.   Supreme Court of California.   Certiorari denied.   *Thomas G. Baggot* for petitioner.   *Russell E. Parsons* for respondent.

No. 820.   ROBINSON, ADMINISTRATRIX, *v.* NORTHEASTERN STEAMSHIP CORP.   C. A. 2d Cir.   Certiorari denied. *Jacob Rassner* for petitioner.   *Walter X. Connor* and *Matthew L. Danahar* for respondent.